**Order entered September 11 , 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01016-CR

**KARL SCHOENWALDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065584**

## ORDER
Before Justices Lang, Evans, and Whitehill

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.

/s/     DOUGLAS S. LANG
JUSTICE